ALBERT YUENGLING, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Yuengling* v. *City of New York,* 161 App. Div. 886, affirmed.
(Argued October 28, 1915: decided November 16, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered February 2, 1914, affirming a judgment in favor of plaintiff entered upon a verdict. The complaint charged the city of New York with negligence, in that it, after notice, permitted "the sidewalk on Vernon avenue in front of a vacant lot adjoining * * * No. 173" to be "dangerous, defective, broken, uneven and irregular, in that the flagging was loose and broken, and in that the earth under the flagging was in an unsafe and dangerous condition," and that on March 17, 1911, the plaintiff "without any fault whatsoever on his part, * * * stepped upon a piece of broken flagging which was lying on said sidewalk aforementioned, causing him to fall and to be thrown to the ground and injured." The answer raised the issue by general denials.

*Frank L. Polk,* Corporation Counsel (*William E. C. Mayer* and *Terence Farley* of counsel), for appellant.

*George F. Hickey* and *M. P. O'Connor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.